UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LONGO, JUSTIN LONGO,
LOIS SPATZ, EAVEN SPATZ, RAINA
POMEROY and MAXWELL NASSAR,
individually and on behalf of all others
similarly situated,

        CASE NO.:  8:20-cv-02651-KKM-TGW

    Plaintiff,

v.

CAMPUS ADVANTAGE, INC. and
BYL COLLECTION SERVICES,

    Defendants.

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, Joseph Longo, Justin Longo, Lois Spatz, Eaven Spatz, Raina Pomeroy and Maxwell Nassar, by and through the undersigned attorney, hereby respectfully submit this Notice of Supplemental Authority regarding Plaintiffs' Motion to Compel Discovery Responses from Defendant, Campus Advantage, Inc. (Doc. 36). Plaintiffs brings to the Court's attention an order entered on March 30, 2021, by Judge Julie S. Sneed in *Justin Lawrence v. FPA Villa Del Lago, LLC and John Doe Defendants 1-10*, No. 8:20-cv-01517-MSS-JSS (M.D. Fla. March 30, 2021) and attached hereto as Exhibit "A". The decision is relevant to this matter as several of the discovery requests at issue in this matter are identical to those the Court considered in *Lawrence*. A copy

of Plaintiff's Motion to Compel Discovery from *Lawrence* is also attached hereto as Exhibit "B", specifically, please see:

> **Interrogatory No. 3** : Identify each person who paid the costs of room, board, and fees for and on behalf of students residing in Defendant's Florida "campus living" complexes for the Spring 2020 semester who moved out prior to the completion of the semester because of school closures relating to COVID-29.
>
> a. Also please state the amount of room, board and fees paid and the date of move out.
>
> b. If you contend that a full response to this interrogatory is impossible, please explain why, with specificity, and provide the most complete response possible.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

> **Interrogatory No. 4:** Identify all persons responsive to Interrogatory #3 who were billed after their move out date.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

> **Interrogatory No. 5**: Identify each person (including present or former third-parties, officers and/or employees) who were responsible for making the decision to refuse to release persons from their lease obligations as a result of COVID-19 school closures.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

> **Request for Production No. 1** GRANTED in part stated: The complete database tables showing all people who paid the costs of room, board, and fees for and on behalf of students residing in Defendant's Florida "campus living" complexes for the Spring 2020 semester who moved out prior to the completion of the semester because of school closures relating to COVID-19.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

> **Request for Production No. 2**: Any and all documents which memorialize all communications with "Class Members" regarding COVID-19.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

> **Request for Production No. 7**: Internal memoranda, bulletins, committee or teams reports, emails, meeting minutes, or other documents created or modified within the "relevant time period" concerning or relating to COVID-19 and school closures.

**GRANTED in part to the extent these requests seek discovery as to the property at issue;**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send electronic notification and a copy of such filing to the following counsel of record.

           Respectfully Submitted,

           */s/ Amanda J. Allen, Esq.*
           **Amanda J. Allen, Esquire**
           Florida Bar No. 0098228
           William "Peerce" Howard, Esquire
           Florida Bar No. 0103330
           THE CONSUMER PROTECTION FIRM
           401 East Jackson Street, Suite 2340
           SunTrust Financial Center
           Tampa, Florida 33602
           Telephone: (813) 500-1500
           Facsimile: (813) 435-2369
           Amanda@TheConsumerProtectionFirm.com
           Billy@TheConsumerProtectionFirm.com
           Bonnie@TheConsumerProtectionFirm.com

           ***Attorneys for Plaintiff***