UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE,

    Plaintiff,

v.                                      Case No: 8:20-cv-1517-VMC-JSS

FPA VILLA DEL LAGO, LLC, FPA
VV-WOODCHASE, LLC, FPA
OCALA-WESTERN, LLC, FPA/WC
UNIVERSITY LAKES, LLC, FLT
SPANISH OAKS, LLC, VA7 AQUA
PALMS, LLC, VA7 INDIGO ROW,
LLC and TRINITY PROPERTY
CONSULTANTS, LLC,

    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery Responses (Dkt. 33), Supplement to Motion to Compel (Dkt. 58), Motion to Compel Proper Corporate Representative (Dkt. 39), and Defendant's responses in opposition (Dkts. 34, 43). On March 25, 2021, the Court conducted a hearing on the Motions. Upon consideration, and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiff's Motion to Compel Discovery Responses (Dkt. 33) and Supplement to Motion to Compel (Dkt. 58) (collectively, the "Motion") are **GRANTED in part** and **DENIED in part** as follows:

    a. With respect to Interrogatory No. 2, the Motion is **DENIED**;

**EXHIBIT "A"**

b. With respect to Interrogatory Nos. 3, 4, 5, and 6, the Motion is **GRANTED in part** to the extent that these requests seek discovery as to the property at issue, The Social 2700. The Motion is otherwise **DENIED** as to these interrogatories;

c. With respect to Request for Production No. 1, the Motion is **GRANTED in part** to the extent that this request seeks discovery as to the property at issue, The Social 2700.

d. With respect to Request for Production Nos. 2 and 3, the Motion is **GRANTED in part** to the extent that this request seeks discovery as to the property at issue, The Social 2700; however, the Court limits the scope of this request to mass-mailed, uniform documents or e-mails that were sent to all residents regarding COVID-19;

e. With respect to Request for Production No. 4, the Motion is **DENIED as moot**;

f. With respect to Request for Production Nos. 7, 8, and 13, the Motion is **GRANTED in part** to the extent that this request seeks discovery as to the property at issue, The Social 2700;

g. With respect to Request for Product Nos. 15, the Motion is **GRANTED in part** to the extent that this request seeks discovery as to the property at issue, The Social 2700; specifically, Defendant is directed to confirm that the same rental application and lease agreement were used for all tenants

at The Social 2700 during the relevant period. If Defendant has not already done so, Defendant is directed to furnish Plaintiff with a blank version of each document.

2. Plaintiff's Motion to Compel Proper Corporate Representative (Dkt. 39) is **DENIED as moot** based on the representations of the parties and for the reasons stated during the hearing.

3. Plaintiff's request for attorney's fees is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, on March 30, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record