UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LONGO, JUSTIN LONGO, LOIS SPATZ, EAVEN SPATZ, RAINA POMEROY AND MAXWELL NASSAR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CAMPUS ADVANTAGE, INC., and BYL COLLECTION SERVICES, LLC,

    Defendants.
_____/

CASE NO.:8:20-CV-02651-TPB-TGW

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO 15 U.S.C. §1692e AND 15 U.S.C. §1692f AGAINST DEFENDANT BYL COLLECTION SERVICES, LLC

Plaintiffs, individually and on behalf of all others similarly situated, by and through their undersigned attorney, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice as to 15 U.S.C. §1692(e) and §1692(f), against BYL Collection Services, LLC in the above captioned matter.[1] (Doc. 34, ¶¶ 150-151). All other counts, against both Defendants, remain at issue.

---

[1] 15 U.S.C. §1692(d) and 15 U.S.C. §1692(c)(a)(2), as plead in Plaintiff's Amended Complaint [Doc 34] remain at issue.

Respectfully submitted May 6, 2021.

/s/ *Amanda J. Allen, Esquire*
Amanda J. Allen, Esquire
Florida Bar No. 0098228
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Heather H. Jones, Esquire
Florida Bar No. 0118974
THE CONSUMER PROTECTION FIRM, PLLC
401 E. Jackson Street, Suite 2340
Tampa, Florida. 33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
Heather@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 6th day of May, 2021.

/s/ *Amanda . Allen, Esquire*
Amanda J. Allen, Esquire
Florida Bar No. 0098228