# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOSEPH LONGO, JUSTIN LONGO,
LOIS SPATZ EAVEN SPATZ, RAINA
POMEROY, AND MAXWELL
NASSAR, individually and on behalf of
all others similarly situated         Case No.: 8:20-cv-02651-KKM-TGW

      Plaintiffs,

v.

CAMPUS ADVANTAGE, INC.,

      Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFFS,** JOSEPH LONGO, JUSTIN LONGO, LOIS SPATZ, EAVEN

SPATZ, RAINA POMEROY, AND MAXWELL NASSAR, by and through their

undersigned counsel, hereby submit this Notice of Pending Settlement and state that

Plaintiffs, JOSEPH LONGO, JUSTIN LONGO, LOIS SPATZ, EAVEN SPATZ,

RAINA POMEROY, AND MAXWELL NASSAR, and Defendants, CAMPUS

ADVANTAGE, INC., have reached a settlement with regard to this case. The parties

will file appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 15, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

*/s/Amanda J. Allen.*
Amanda J. Allen, Esq.
Florida Bar No.: 0098228
William Peerce Howard, Esquire
Florida Bar No. 0103330
The Consumer Protection Firm
401 E. Jackson Street, Suite 2340
Tampa, Florida 33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiffs*