UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LONGO, JUSTIN LONGO
LOIS SPATZ, EAVEN SPATZ, RAINA
POMEROY, and MAXWELL NASSAR,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.                                          Case No. 8:20-cv-2651-KKM-TGW

CAMPUS ADVANTAGE, INC.,

      Defendant.
_____

## ORDER

The Court has been advised by a Notice of Settlement, (Doc. 107), that the remaining parties settled this action. Accordingly, consistent with Local Rule 3.09(b), the Court **dismisses** this case **without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice.** The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on March 16, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge