## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOSEPH LONGO, JUSTIN LONGO,
LOIS SPATZ, EAVEN SPATZ, RAINA
POMEROY, and MAXWELL
NASSAR, individually and on behalf of
all others similarly situated                    CASE NO.:  8:20-cv-02651-KKM-TGW

      Plaintiff,

v.

CAMPUS ADVANTAGE, INC.

      Defendant.
_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      COMES NOW the Plaintiffs, JOSEPH LONGO, JUSTIN LONGO, LOIS SPATZ, EAVEN SPATZ, RAINA POMEROY, and MAXWELL NASSAR, and the Defendant CAMPUS ADVANTAGE, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against the Defendants, in the above styled action, with Plaintiffs and Defendants, to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen* | */s/ Justin B. Levine* |
| Amanda J. Allen, Esq. | Justin B. Levine, Esq. |
| Florida Bar No. 0098228 | Florida Bar No. 106463 |
| William "Billy" Peerce Howard, Esq. | Katherine E. Herald, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 1022362 |
| THE CONSUMER PROTECTION FIRM | COLE, SCOTT & KISSANE, P.A. |
| 401 East Jackson Street, Suite 2340 | 222 Lakeview Avenue, Suite 120 |
| TRUIST PLACE | |
| Tampa, FL 33602 | West Palm Beach, FL 33401 |
| Telephone: (813) 500-1500 | Telephone: (561) 612-3459 |
| Facsimile: (813) 435-2369 | Facsimile: (561) 683-8977 |
| Billy@TheConsumerProtectionFirm.com | justin.levine@csklegal.com |
| Amanda@TheConsumerProtectionFirm.com | katherine.hearld@csklegal.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                  */s/ Amanda J. Allen*
                                  Amanda J. Allen, Esq.
                                  Florida Bar No. 0098228